■ DAVID BOLM, Respondent, v DAVID DUNCAN, Appellant. (Appeal No. 1.) [596 NYS2d 739] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Cosgrove, J. (Appeal from Order of Supreme Court, Erie County, Cosgrove, J.—Reargument.) Present—Pine, J. P., Balio, Lawton, Boomer and Davis, JJ.

■ MICHAEL J. PICHEL, Respondent, v HANOVER INSURANCE COMPANIES et al., Appellants. [598 NYS2d 749] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Mordue, J. (Appeal from Order of Supreme Court, Onondaga County, Mordue, J.—Summary Judgment.) Present—Pine, J. P., Balio, Lawton, Boomer and Davis, JJ. *[See, Pichel v Hanover Ins. Cos.,* 155 Misc 2d 746.]